NUMBER 13-06-181-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

____________________________________________________________


 

JOHN MORGAN,                                                      Appellant,

 

v.

 

THE STATE OF TEXAS,                                              Appellee.

____________________________________________________________


 

                  On appeal from the 117th
District Court 

 of Nueces County, Texas

____________________________________________________________

 

                     MEMORANDUM OPINION

 

      Before Chief Justice Valdez and
Justices Yañez and Garza 

                                Opinion Per
Curiam

 

Appellant, JOHN MORGAN, attempted to
perfect an appeal from a judgment entered by the 117th District
Court of Nueces County, Texas.  
On June 6, 2006, the trial court granted appellant=s motion for new trial.








The Court, having examined and fully considered the
documents on file and the trial court=s order granting a new trial, is of the opinion that
the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do
not publish.

Tex. R. App. P. 47.3.

 

Memorandum
Opinion delivered and filed this

the
22nd day of June, 2006.